IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. EUSTICE | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-cv-00019 |
| | § | |
| EUROOPTIC LTD., | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Eurooptic Ltd. respectfully files this Notice of Non-Opposition to its Motion to Dismiss as follows:

1. This action was removed to this Court on January 4, 2022 (ECF #1). No scheduling order has yet been entered.

2. Eurooptic filed its Motion to Dismiss on January 4, 2022 (, the "Motion," ECF #2). The Motion was timely because it was filed less than seven days after the notice of removal was filed. *See* FED. R. CIV. P. 81(c)(2)(C).

3. Plaintiff's response to the Motion was due on January 25, 2022. *See* Docket Text, ECF #2; LR7.3. Plaintiff did not file a response to the Motion by that date. As of the date of this filing, Plaintiff has still not filed a response. "Failure to respond to a motion will be taken as a representation of no opposition." LR7.4.

4. The undersigned has not received a request from Plaintiff for an extension of the response deadline. No such request has been filed with the Court.

5. Accordingly, Eurooptic requests that the Court find that the Motion is unopposed and enter a ruling on thereon. For the reasons set forth in the Motion, Eurooptic requests that the Motion be granted in its entirety.

Dated: January 27, 2022                                         Respectfully submitted,

By: _____
Jason A. Richardson
State Bar No. 24056206
Federal ID No. 827917
MCDOWELL HETHERINGTON LLP
1001 Fannin, Suite 2700
Houston, Texas 77002
Telephone:  713-337-5580
Facsimile:  713-337-8850
jason.richardson@mhllp.com
**Attorney for Defendant**
**Eurooptic LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 27th day of January, 2022 by U.S. Mail on the following:

Christopher D. Eustice
655 West Forest Dr.
Houston, TX 77019
**Plaintiff**                                         /s/ *Jason A. Richardson*
                                                      Jason A. Richardson